**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. BOISSIERE,<br><br>        Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant.<br>_____ / | No. C-09-2081 MMC<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

      In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

      Accordingly, the parties are hereby DIRECTED to advise the Court, no later than July 6, 2009, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

      **IT IS SO ORDERED.**

Dated: June 5, 2009

                                                              MAXINE M. CHESNEY
                                                              United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.