IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA M. BOISSIERE,                               No. C-09-2081 MMC

        Plaintiff,                               **ORDER TO SHOW CAUSE**

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____/

    On June 5, 2009, the Court ordered the parties to advise the Court, no later than July 6, 2009, as to whether they consent to the assignment of the above-titled action to a magistrate judge.

    On June 8, 2009, defendant Michael J. Astrue advised the Court that he consented to such assignment. Plaintiff Lisa M. Boissiere, however, did not timely respond, and to date no response has been received.[1]

    Accordingly, plaintiff is hereby ORDERED to file, in writing and no later than September 2, 2009, a statement indicating whether plaintiff likewise consents to such assignment and, if so, to file concurrently therewith the appropriate consent form.

    IT IS FURTHER ORDERED that plaintiff show cause in such written statement why

---

[1] As a courtesy, the Court thereafter requested the Clerk notify plaintiff by telephone of plaintiff's need to respond forthwith.

1  sanctions should not be imposed for plaintiff's failure to respond as directed to the Court's
2  Order of June 5, 2009.
3      **IT IS SO ORDERED.**
4
5  Dated:  August 26, 2009
6  _____
   MAXINE M. CHESNEY
   United States District Judge