IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. BOISSIERE, | No. C-09-2081 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTING PLAINTIFF TO FILE STATEMENT RE: CONSENT TO MAGISTRATE JUDGE** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. / | |

On August 26, 2009, the Court issued to plaintiff an Order to Show Cause why sanctions should not be imposed for plaintiff's failure to comply with the Court's order of June 5, 2009, and further directed plaintiff to file a statement complying with said June 5, 2009 order.

Subsequently, it has come to the Court's attention that, due to an error in e-filing registration, plaintiff may not have received the above-described written orders.[1] At the Court's request, that error has been corrected.

Accordingly, the August 26, 2009 Order to Show Cause is hereby DISCHARGED, and plaintiff is hereby ORDERED to file, no later than September 9, 2009, a statement

---

[1] The Court notes, however, that, as a courtesy, the Clerk had notified plaintiff by telephone that plaintiff had not timely responded to the Court's June 5 order and was required to do so forthwith.

1  indicating whether plaintiff consents to the assignment of the above-titled action to a
2  magistrate judge and, if so, to file concurrently therewith the appropriate consent form.
3  **IT IS SO ORDERED.**

5  Dated:  August 31, 2009

_____
MAXINE M. CHESNEY
United States District Judge