UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BOISSIERE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C-09-02081 JCS<br><br>**REQUEST FOR BRIEF IN RESPONSE TO REQUEST FOR FEES BY PLAINTIFF'S COUNSEL [Docket No. 33]** |

Following entry of judgment in favor of Plaintiff, the Court awarded attorneys' fees, payable to Plaintiff, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A), on November 19, 2010. Plaintiff's counsel now brings an additional request for attorneys' fees, pursuant to 42 U.S.C. § 406(b). The Court requests that the Commissioner file a responsive brief no later than Friday, January 28, 2011.

IT IS SO ORDERED.

Dated: January 18, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge